UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

```
U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
FEB - 9 2026
____ AT ____ O'CLOCK
John M. Domurad, Clerk - Syracuse
```

Sherman Scott Baker
Plaintiff(s),

v.

Robert Carpenter
Eric Ford
Dana Poland, Parole Officer Dominicci
Defendant(s).

COMPLAINT
(Pro Se Prisoner)

Case No. 8:26-cv-200 (GTS/ML)
(Assigned by Clerk's Office upon filing)

Jury Demand
☒ Yes
☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

---

I. **LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)
☒ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
☒ Other (please specify) __Aiding private persons__

## II. PLAINTIFF(S) INFORMATION

Name: Sherman S. Baker
Prisoner ID #: 97000082
Place of detention: c/o Clinton County Jail
Address: 25 McCarthy Drive
Plattsburgh, New York 12901

Indicate your confinement status when the alleged wrongdoing occurred:
- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

Polhemus, PO Gregory (FALSE - Will Explain); Sherman Baker
Sherman Scott Baker

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

## III. DEFENDANT(S) INFORMATION

Defendant No. 1: Carpenter, Robert
Name (Last, First)

Job Title: Owner/Manager

| | |
|---|---|
| BETA Technologies | IBM |
| 1150 Airport Drive | 967 IBM Rd. |
| Work Address | |
| South Burlington, VT. 05403 | Essex Junction, VT. 05452 |
| City       State | Zip Code |

Defendant No. 2: Ford, Eric
Name (Last, First)

Job Title: Co-Owner

2

BETA Technologies | IBM
1150 Airport Drive | 4 Carmichael St.
**Work Address**

South Burlington, VT. 05403 | Essex Junction, VT. 05452
City                State               Zip Code

Defendant No. 3: Poland, Dana
**Name (Last, First)**

Owner } Treadwell Bay Marina
**Job Title**

214 Bouchard Drive (Rte. 9N); or Seth Square
**Work Address**

Plattsburgh, New York 12901
City                State               Zip Code

Defendant No. 4: Dominicci
**Name (Last, First)**

Parole Officer
**Job Title** Northern Frontier Parole Office

41 Veteran's Lane
**Work Address**

Plattsburgh, New York 12901
City                State               Zip Code

If there are additional defendants, the information requested in this section must be provided for each person; additional sheets of paper may be used and attached to this complaint.

## IV. STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the events in the order they happened. Your statement of facts should include the following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the specific location in the facility)

3

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

I am an aggrieved individual who's Constitutional & Civil Rights have been violated throughout the last 3-5 years. These individuals had me illegally drugged, and bugged without my consent, knowledge, nor' any warrant. I was bugged with tracking devices, as well as "ASR microchips" (Artificial Silicone Retina chips). They have intercepted electronic communication through this photo-optical system illegally. And, used computer facilities for the electronic storage of such communications. They provided my family with "unauthorized descramblers" to secretly intercept communications through pirated chips. They are individuals working under "Color of Law" operating under a contract with the Government; as well as my immediate family! The Wiretap Act prohibits the intentional acquisition of the contents of electronic communications, which is the interception of electronic communications. They have stalked, harassed, discriminated against, plotted against, and conspired to murder, as well as psychologically tortured/entrapped.

## V. STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

4

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

### FIRST CLAIM

Cruel & Unusual Punishment / Acting under the "Color of Law"

### SECOND CLAIM

Violation of Right To Privacy Through Governmental Disclosure of Personal Information Without Consent.

### THIRD CLAIM

Violations of the Americans With Disabilities Act.

VI. **RELIEF REQUESTED**

State briefly what relief you are seeking in this case.

Temporary Order of Protections; Equal Rights & $5,000,000.00

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1-15-2026

Sherman Scott Baker
Plaintiff's signature
(All plaintiffs must sign the complaint)

(revised 10/2/16)

5